UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PETITION FOR HABEAS
CORPUS OF EWARD A. GIVEN

Civil Action No.
05 11663 NMG

AFFIDAVIT OF EDWARD A. GIVEN

I, Edward A. Given, state under the pains and penalties of perjury that:

1. My name is Edward A. Given. I am the petitioner in the above entitled action. I reside at the Massachusetts Treatment Center at 30 Administration Rd., Bridgewater, MA 02324.

2. I am currently employed in the staff kitchen here at the Massachusetts Treatment Center. I earn $10 per week. This is not enough money to adequately cover the cost of toiletries and other necessities which are not supplied to me by the Massachusetts Department of Correction. Even if I devoted my entire earnings of $10 per week to hiring a lawyer to represent me in this petition, it would not be enough to pay an attorney. I have no other assets of any kind.

3. I dropped out school in the tenth grade at Leominster Trade High School. Since I have been incarcerated, I have earned my G.E.D. and have taken a few courses at Mount Wachusetts Community College.

4. As the court can see from the outline of the legal grounds for my petition contained in my motion for appointment of counsel, the legal arguments in support of my petition are quite complicated. In order to prepare this petition and the motion for appointment of counsel I had to rely entirely on the assistance of another inmate here at the Treatment Center.

2

I have read the petition and the motion for appointment of counsel. I understand generally what has been written, and I agree with it. But I do not have the education or skills to have done any of this myself, much less to provide the court with a full legal brief on these issues, particularly in oppition to the Commonwealth's skilled attorneys.

Signed under the pains and penalties of perjury this third day of August, 2004.

_____
Edward A. Given