UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD A. GIVEN, )
    Petitioner )
                            )   Civil Action N. 05-11663 NMG
v. )
                            )
SUPERINTENDENT ROBERT MURPHY, )
    Respondent )

## NOTICE OF APPEARANCE

David Hirsch hereby enters his appearance as counsel of record for petitioner Edward Given, this 6th day of December, 2005.

Respectfully submitted,

*[signature]*

DAVID HIRSCH,
BBO #600915
COMMITTEE FOR PUBLIC
COUNSEL SERVICES
44 Bromfield St.
Boston, Massachusetts 02108
(617) 482-6212

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2005, I mailed a copy of the foregoing, postage paid, to the attorney for the respondent:
Cathryn A. Neaves, Esq.
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston MA 02108

*[signature]*
David Hirsch