UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD A. GIVEN,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT MURPHY,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-11663-NMG<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the Declaration of Scott A. Katz (the "Declaration"), filed in support of Respondent Robert Murphy's Motion to Dismiss Petition for Writ of Habeas Corpus has been filed manually with the Court pursuant to Local Rule 5.4(G)(1)(e), and is available in paper form only. The following documents are attached to the Declaration:

Exhibit A: Docket Sheets, *Commonwealth v. Edward Given*, Worcester Superior Court Civil Docket No. WOCV2000-02220;

Exhibit B: Docket Sheets, *Edward Given v. Commonwealth*, Worcester Superior Court Civil Docket No. WOCV2001-02369;

Exhibit C: Joint Motion to Continue Trial, filed on March 2, 2004, in *Edward Given v. Commonwealth*, Worcester Superior Court Civil Docket No. WOCV2001-02369;

Exhibit D: Docket Sheets, *Edward Given v. Commonwealth*, Worcester Superior Court Civil Docket No. WOCV2005-00986; and

Exhibit E: Docket Sheets, *In re Edward Given*, Suffolk Superior Court Criminal Docket No. SUCR2005-10405.

Respectfully submitted,

ROBERT MURPHY,

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Scott A. Katz
Scott A. Katz (BBO # 655681)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2833

Dated:  January 20, 2006


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that a true copy of the above document was also served upon David B. Hirsch, counsel for petitioner Edward A. Given in this matter, by first-class mail, postage prepaid, on January 20, 2006.

/s/ Scott A. Katz
Scott A. Katz