## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

EDWARD A. GIVEN,                          )
                                                )
    Petitioner,                          )
                                                )
v.                                        )    **Civil Action No. 05-11663-NMG**
                                                )
ROBERT MURPHY,                            )
                                                )
    Respondent.                          )

## DECLARATION OF SCOTT A. KATZ

I, Scott A. Katz, do depose and say under the penalties of perjury:

1.      I am an attorney admitted to practice in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am an Assistant Attorney General with the Massachusetts Attorney General's Office, counsel for Respondent Robert Murphy in this matter. I make this Declaration, which is based on my personal knowledge and belief, in support of Respondent Robert Murphy's Motion to Dismiss Petition for Writ of Habeas Corpus, filed herewith.

2.      Attached hereto as Exhibit A is a true and correct copy of the docket sheets for *Commonwealth v. Edward Given*, Worcester Superior Court Civil Docket No. WOCV2000-02220.

3.      Attached hereto as Exhibit B is a true and correct copy of the docket sheets for *Edward Given v. Commonwealth*, Worcester Superior Court Civil Docket No. WOCV2001-02369.

4.     Attached hereto as Exhibit C is a true and correct copy of Joint Motion to Continue Trial, filed on March 2, 2004, in *Edward Given v. Commonwealth*, Worcester Superior Court Civil Docket No. WOCV2001-02369.

5.     Attached hereto as Exhibit D is a true and correct copy of the docket sheets for *Edward Given v. Commonwealth*, Worcester Superior Court Civil Docket No. WOCV2005-00986.

6.     Attached hereto as Exhibit E is a true and correct copy of the docket sheets for *In re Edward Given*, Suffolk Superior Court Criminal Docket No. SUCR2005-10405.

Signed under the pains and penalties of perjury this 20th day of January, 2006.

Scott A. Katz (BBO # 655861)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was also served upon David B. Hirsch, counsel for petitioner Edward A. Given in this matter, by first-class mail, postage prepaid, on January 20, 2006.

Scott A. Katz

2

WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

## WOCV2000-02220
### Mass v Given

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 11/10/2000 | **Status** | Disposed: appeal pending (dappen) | | |
| **Status Date** | 04/17/2002 | **Session** | B - Civil B (18 Worcester) | | |
| **Origin** | 1 | **Case Type** | E12 - SDP petition (123A sec 12) | | |
| **Lead Case** | | **Track** | X | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 02/08/2001 | **Answer** | 04/09/2001 | **Rule12/19/20** | |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | 05/09/2001 | **Disposition** | 06/08/2001 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Comm of Mass
Active 11/10/2000

**District Atty's Office 443230**
Mary E Sawicki
Worcester County District Atty's Office
2 Main Street
Court House Room 220
Worcester, MA 01608
Phone: 508-792-0214
Fax: 508-831-9899
Active 11/13/2000 Notify

**Private Counsel 561930**
Peter J Pratt
Worcester County District Atty's Office
2 Main Street
Courthouse Room 220
Worcester, MA 01608-1176
Phone: 508-755-8601
Fax: 508-831-9899
Active 01/05/2001 Notify

**Defendant**
Edward Given
Service pending 11/10/2000

**Private Counsel 552691**
Thomas A Brant
156 State Street
5th floor
Boston, MA 02109
Phone: 617-720-4056
Fax: 617-227-3262
Active 11/20/2000 Notify

**Public Counsel 547272**
David Hayes Erickson
9 Pond Lane Suite 5A1
PO Box 1416
Concord, MA 01742-1416
Phone: 978-371-9995
Fax: 978-371-0051
Active 12/18/2000 Notify

1

MAS-20020121       **Commonwealth of Massachusetts**    08/14/2002
marchand         **WORCESTER SUPERIOR COURT**    04:04 PM
             **Case Summary**
             **Civil Docket**

## WOCV2000-02220
### Mass v Given

**Other interested party**
MassachusettsTreatment Center
Records Dept - Donna Swanson
30 Administration Rd
Bridgewater, MA 02324
Phone: 617-727-6013
Active 11/29/2000 Notify

### ENTRIES

| Date | Paper | Text |
|------|-------|------|
| 11/10/2000 | 1.0 | SDP petition (123A) filed with civil action cover sheet |
| 11/10/2000 | | Origin 1, Type E14, Track X. |
| 11/10/2000 | 2.0 | ORDER for temporary commitment pending determination of probable cause (Peter A. Velis, Justice) |
| 11/10/2000 | | Track changed to X, Origin 1, Type E12. |
| 11/14/2000 | 4.0 | Habeas corpus ad testificandum issued as to Edward Given |
| 11/15/2000 | | Atty Thomas Brant's Notice of Appearance for plff. |
| 11/17/2000 | 3.0 | Appointment of counsel Atty Thomas A Brant for defendant |
| 11/17/2000 | | Atty Thomas A Brant's notice of appearance for Edward Given |
| 11/20/2000 | 5.0 | Habeas corpus ad testificandum issued as to Edward Given |
| 11/29/2000 | 6.0 | FINDINGS AND ORDER ON PROBABLE CAUSE - (see order) (Fecteau, J) Entered and Copies mailed 11/29/00 |
| 12/08/2000 | | Atty David Hayes Erickson's notice of appearance for Edward Given |
| 01/05/2001 | 7.0 | Motion to enlarge time to file written report filed in Court and ALLOWED, continued to 2/16/01 @ 2:00 PM - Status (Fecteau, J) Notices mailed 1/5/01 |
| 01/05/2001 | | Atty Peter J Pratt's notice of appearance for Comm of Mass filed in Court |
| 02/05/2001 | 7.5 | Report of Qualified examiner Niklos Tomich Psy. D.  to the Court |
| 02/12/2001 | 8.0 | Petition for Trial |
| 02/16/2001 | 9.0 | Affidavit of David H Erickson filed in Court |
| 02/16/2001 | 10.0 | Defendant's Motion for Copies of reports filed in Court and ALLOWED (McCann, J) Notices mailed 2/20/01 |
| 02/16/2001 | 11.0 | Motion for Expenses (invetigator) filed in Court and ALLOWED $1,000.00 (McCann, J) Notices mailed 2/20/01 |
| 02/16/2001 | 12.0 | Defendant's Motion for Copies of Records filed in Court and ALLOWED (McCann, J) Notices mailed 2/20/01 |
| 02/16/2001 | 13.0 | Motion for Expenses (Expert I and II) filed in Court and ALLOWED without prejudice to further report if necessary - $5,000.00 ($2,000.00 & $3,000.00 for Expert I and II) (McCann, J) Notices mailed 2/20/01 |
| 02/16/2001 | | Motion (P#8) ALLOWED (McCann, J) Notices mailed 2/20/01 |
| 02/21/2001 | | Notice sent to appear for trial by jury on June 12, 2001 |
| 06/27/2001 | 14.0 | Motion for Denture Repair filed in Court |
| 06/27/2001 | 15.0 | Motion Re Sexual Offender Treatment Records filed in Court |
| 06/27/2001 | 16.0 | Motion for Discovery of Information Relative to a Sexual Offender Treatment Counselor filed in Court |

2

## WOCV2000-02220
## Mass v Given

| Date | Paper | Text |
|------|-------|------|
| 06/27/2001 | 17.0 | ORDER Re: Production of Documents to Assistant District Attorney Pratt |
| 06/29/2001 | 18.0 | Renewal of Motion for Expenses (Expert I & II) |
| 07/10/2001 |  | Motion (P#18) allowed (Francis R. Fecteau, Justice) Notices mailed July 11, 2001 |
| 07/10/2001 | 19.0 | Document Objection filed in Court and DENIED (Donohue, J) Notices mailed 7/13/01 |
| 07/10/2001 | 20.0 | Motion to Preclude Use of Bad Acts filed in Court and DENIED (Donohue, J) Notices mailed 7/13/01 |
| 07/10/2001 | 21.0 | Renewal of Motion for Expenses (Expert I & II) filed in Court and ALLOWED (Donohue, J) Notices mailed 7/13/01 |
| 07/10/2001 | 22.0 | Motion to Quash filed in Court and ALLOWED by Agreement (Donohue, J) Notices mailed 7/13/01 |
| 07/10/2001 | 23.0 | Defendant's Witness List filed in Court |
| 07/10/2001 | 24.0 | Deft's Proposed Jury Instructions as amended filked in Court |
| 07/12/2001 | 25.0 | Commonwealth's Request for Jury Instructions filed in Court |
| 07/12/2001 | 26.0 | Deft's Additional Jury Instructions filed in Court |
| 07/12/2001 | 27.0 | Deft's Proposed Jury Instructions filed in Court |
| 07/12/2001 |  | Reporter, Exhibits and Witnesses C/R Linda Rattigan, Asst Clerks G. Franco and D. Foley Exhibits 1-21 filed |
| 07/12/2001 | 28.0 | Special Verdict Slip |
| 07/13/2001 | 29.0 | JUDGMENT ON JURY VERDICT.   Entered and Copies mailed July 13, 2001 |
| 08/10/2001 | 30.0 | Notice of appeal of Edward Given |
| 08/13/2001 |  | Notice of filing of appeal sent 8/21/01 |
| 09/10/2001 | 31.0 | Deft's Mo. for Trial Transcript and costs & Cert. of service. |
| 09/18/2001 |  | Motion (P#31) ALLOWED (Donohue, J) Notices mailed 9/20/01 |
| 02/22/2002 | 32.0 | Transcript of proceedings-dated July 10, 2001, July 11, 2201 & July 12, 2001 (Judge Donohue)-3 vol. rec'd/ 2/22/02 |
| 03/20/2002 |  | Record assembled; notice (9d) to clerk of Appeals Court with 2 certified copies of docket entries; statement of case & copy of notice of appeal.  All counsel of record notified 3/20/02 |
| 03/20/2002 |  | Appeal: statement of case on Appeal |
| 03/20/2002 |  | Notice sent to clerk of Appeals Court that record is assembled |
| 04/17/2002 |  | Notice of entry from Appeals Court - case entered in AP on 4/10/02 2002-P-0544 |

### EVENTS

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 11/17/2000 | Civil B (18 Worcester) | Motion/Hearing: miscellaneous | Event held as scheduled |
|  |  | Hearing for Appointment of Counsel |  |
| 11/27/2000 | Civil B (18 Worcester) | Motion/Hearing: miscellaneous | Event held as scheduled |
|  |  | Probable Cause Hearing - Judge to be determined on this date |  |
| 01/05/2001 | Civil B (18 Worcester) | Motion/Hearing: miscellaneous | Event held as scheduled |
|  |  | Mo. to enlarge time - atty to bring in Motion |  |
| 01/29/2001 | Civil B (18 Worcester) | Motion/Hearing: miscellaneous | Event not held--scheduled for another date |
|  |  | SDP Commitment Hearing - TO BE HELD BEFORE JUDGE FECTEAU |  |
| 02/16/2001 | Civil B (18 Worcester) | Status: by session | Event held as scheduled |
| 06/12/2001 | Civil B (18 Worcester) | TRIAL: by jury | Event not held--scheduled for another date |
|  |  | Room 204 |  |

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## WOCV2000-02220
### Mass v Given

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 07/10/2001 | Civil B (18 Worcester) | TRIAL: by jury | Trial begins |
| | | Habe faxed and mailed to Mass Treatment Center | |
| 07/11/2001 | Civil B (18 Worcester) | TRIAL: by jury | Trial continues over Multiple Days |
| 07/12/2001 | Civil B (18 Worcester) | TRIAL: by jury | Trial ends |

4

# Commonwealth of Massachusetts
# WORCESTER SUPERIOR COURT
## Case Summary
## Civil Docket

## Given v Mass

Details for Docket: WOCV2001-02369

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2001-02369 | **Caption:** | Given v Mass |
| **Filing Date:** | 11/16/2001 | **Case Status:** | Dismissed |
| **Status Date:** | 11/19/2004 | **Session:** | Civil B (18 Worcester) |
| **Lead Case:** | NA | **Case Type:** | Standard |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | 02/14/2002 | **Disposition:** | 06/14/2002 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | 05/15/2002 | **Rule 56:** | |
| **Answer Date:** | 04/15/2002 | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2001-02369 | **Caption:** | Given v Mass |
| **Filing Date:** | 11/16/2001 | **Case Status:** | Dismissed |
| **Status Date:** | 11/19/2004 | **Session:** | Civil B (18 Worcester) |
| **Lead Case:** | NA | **Case Type:** | SDP petition (123A sec 9) |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | 02/14/2002 | **Disposition:** | 06/14/2002 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | 05/15/2002 | **Rule 56:** | |
| **Answer Date:** | 04/15/2002 | **Jury Trial:** | YES |

## Parties Involved

2 Parties Involved in Docket: WOCV2001-02369

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Mass | **First Name:** | Comm of |

| | | | |
|---|---|---|---|
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Given | **First Name:** | Edward |
| **Address:** | 30 Administration Road | **Address:** | |
| **City:** | Bridgewater | **State:** | MA |
| **Zip Code:** | 02324 | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

2 Attorneys Involved for Docket: WOCV2001-02369

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Curtis | **First Name:** | Scott P |
| **Address:** | 358 Chestnut Hill Avenue | **Address:** | Suite 301 |
| **City:** | Brighton | **State:** | MA |
| **Zip Code:** | 02135 | **Zip Ext:** | |
| **Telephone:** | 617-730-8141 | **Tel Ext:** | |
| **Fascimile:** | 617-730-8132 | **Representing:** | Given, Edward (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Murray | **First Name:** | Mary P |
| **Address:** | 30 Administration Road | **Address:** | Legal Department |
| **City:** | Bridgewater | **State:** | MA |
| **Zip Code:** | 02324 | **Zip Ext:** | |
| **Telephone:** | 508-279-8184 | **Tel Ext:** | |
| **Fascimile:** | 508-279-8181 | **Representing:** | Mass, Comm of (Defendant) |

## Calendar Events

No Calendar Events found for Docket: WOCV2001-02369.

There are currently no calendar events associated with this case.

## Full Docket Entries

77 Docket Entries for Docket: WOCV2001-02369

| Entry Date: | Paper No: | Docket Entry: |
| --- | --- | --- |
| 11/16/2001 | 2 | SDP petition (123A) filed with civil action cover sheet |
| 11/16/2001 | | Origin 1, Type E14, Track X. |
| 11/16/2001 | 1 | Affidavit of indigency and Request for Waiver, substitution or state |
| 11/16/2001 | 1 | payment of fees & costs, filing fee, service fees, TRO fee, if any, |
| 11/16/2001 | 1 | (IMPOUNDED) |
| 11/16/2001 | 3 | Plf's MOTION for interrogatories and depositions, memo of law in |
| 11/16/2001 | 3 | support of motion |
| 11/16/2001 | 4 | Plf's MOTION for expenses |
| 11/16/2001 | 5 | Plf's MOTION for speedy hearing |
| 11/16/2001 | 6 | Plf's MOTION for appointment of counsel |
| 11/16/2001 | 7 | Plf's Motion to compel disclosure of identity of witnesses |
| 11/30/2001 | | TRANSFERRED to Unified Session Suffolk Superior Court Criminal. |
| 11/30/2001 | | Mailed copy of all pleadings and docket sheet to Paul O'Connor and |
| 11/30/2001 | | Maureen Buckley (Mass Treatment Center) |
| 02/07/2002 | 8 | Affidavit of plaintiff re; service of tracking order. |
| 10/22/2003 | 9 | Jury demand on all issues filed by Comm of Mass |
| 02/06/2004 | 10 | Defendant Comm of Mass's Motion for Reciprocal Discovery |
| 03/02/2004 | 11 | Joint Motion to Continue Trial |
| 03/04/2004 | 12 | RECIPROCAL DISCOVERY ORDER - (see order) (Laurat, J) Copies mailed |
| 03/04/2004 | 12 | 11/17/04 |
| 03/04/2004 | | MOTION (P#10) ALLOWED by Agreement (Lauriat, J) Notices mailed |
| 03/04/2004 | | 11/17/04 |
| 03/04/2004 | | MOTION (P#10.1) ALLOWED not to exceed $2,500.00 per examiner |
| 03/04/2004 | | (Lauriat, J) Notices mailed 11/18/04 |
| 03/11/2004 | | MOTION (P#11) ALLOWED (Fishman, J) Notices mailed 11/17/04 |
| 07/06/2004 | 13 | Petitioner's Request for Jury Trial filed in Court |
| 09/21/2004 | 14 | Edward Givins Motion for Funds to retain Two |
| 09/21/2004 | 14 | Psychiatrists/Psychologists to Examine Petitioner Regarding Sexual |
| 09/21/2004 | 14 | Dangerousness |
| 10/19/2004 | 15 | Commonwealth's Proposed Witness List |
| 10/28/2004 | 16 | Affidavit Pursuant to GLc. 233 sec 79G |
| 11/02/2004 | 17 | Commonwealth's Proposed Statement of the Case |
| 11/02/2004 | | Atty Scott P Curtis's notice of appearance for Edward Given |

| | | |
|---|---|---|
| 11/02/2004 | 22 | Defendant Comm of Mass's MOTION for Voir Dire |
| 11/02/2004 | 23 | Commonwealth's Motion in Limine to Exclude from Evidence References |
| 11/02/2004 | 23 | to Published Material and Recidivism Statistics |
| 11/02/2004 | 24 | Commonwealth's Motion in Limine to Exclude Certain Evidence |
| 11/02/2004 | 24 | Concerning the Adequacy of the Petitioner's Treatment and/or |
| 11/02/2004 | 24 | Conditions of His Confinement |
| 11/02/2004 | 25 | Commonwealth's Motion in Limine to Exclude Jury Instruction on |
| 11/02/2004 | 25 | Presumption of Not Being Sexually Dangerous |
| 11/08/2004 | 18 | Commonwealth's Amended Proposed Witness List |
| 11/08/2004 | 19 | Petitioner's Witness List |
| 11/08/2004 | 20 | Commonwealth's Motion in Limine to Exclude Jury Instruction on |
| 11/08/2004 | 20 | presumption of Not Being Sexually Dangerous |
| 11/08/2004 | 21 | Commonwealth's Proposed Statement of the Case |
| 11/08/2004 | 26 | Commonwealth's Motion in Limine Regarding Report and Testimony of |
| 11/08/2004 | 26 | Eric Brown Psy.D. Petitioner's Expert filed in Court |
| 11/08/2004 | 27 | Petitioner's Request for Individual Voir Dire |
| 11/08/2004 | | MOTION (P#22) After hearing ALLOWED (Donovan, J) Notices mailed |
| 11/08/2004 | | 11/18/04 |
| 11/08/2004 | | MOTION (P#23) After hearing ALLOWED (Donovan, J) Notices mailed |
| 11/08/2004 | | 11/18/04 |
| 11/08/2004 | | MOTION (P#24) After hearing ALLOWED (Donovan, J) Notices mailed |
| 11/08/2004 | | 11/18/04 |
| 11/08/2004 | | MOTION (P#25) After hearing ALLOWED (Donovan, J) Notices mailed |
| 11/08/2004 | | 11/18/04 |
| 11/08/2004 | | MOTION (P#27) After hearing ALLOWED (Donovan, J) Notices mailed |
| 11/08/2004 | | 11/18/04 |
| 11/08/2004 | | MOTION (P#28) After hearing DENIED (Donovan, J) Notices mailed |
| 11/08/2004 | | 11/18/04 |
| 11/08/2004 | | MOTION (P#29) After hearing DENIED (Donovan, J) Notices mailed |
| 11/08/2004 | | 11/18/04 |
| 11/09/2004 | 28 | Plaintiff Edward Given's Motion for a Directed Verdict Pursuant to |
| 11/09/2004 | 28 | Rule 50(a) |
| 11/10/2004 | 29 | Plaintiff Edward Given's Motion for a Directed Verdict Pursuant to |
| 11/10/2004 | 29 | Rule 50(a) |
| 11/12/2004 | 30 | Edward Givens Requested Jury Instructions |
| 11/12/2004 | 31 | Commonwealth's Proposed Jury Instructions filed in Court |
| 11/12/2004 | | Exhibits 1-20 filed |
| 11/12/2004 | 32 | Verdict of jury for defendant, Comm of Mass |
| 11/12/2004 | 33 | Clerk's Minutes of C. 123A s.9 Hearing |
| 11/19/2004 | 34 | JUDGMENT: It is ORDERED and ADJUDGED that Edward Givens remains |
| 11/19/2004 | 34 | classified as a sexually dangerous person. (Donovan, J) Entered and |

| 11/19/2004 | 34 | Copies mailed 11/19/04 |
| 08/10/2005 |    | Notice to claim exhibits by 9/6/05 |
| 09/22/2005 |    | Exhibits destroyed on 9/20/05 |

## COMMONWEALTH OF MASSACHUSETTS

**WORCESTER, SS.**
[Unified Session at Suffolk]

**SUPERIOR COURT DEPARTMENT**
**OF THE TRIAL COURT**
**NO.   01-2369**



**EDWARD GIVEN,**
       **Petitioner**

**v.**

**COMMONWEALTH,**
       **Respondent**

---

### JOINT MOTION TO CONTINUE TRIAL

---

Now come the Petitioner and Commonwealth in the above matter, by and through their undersigned counsel, and move this Honorable Court to continue the trial scheduled in this matter to a later date. The proceeding is a G.L. c. 123A, § 9 petition for hearing and discharge, which is now scheduled for trial on August 9, 2004.

In support of this motion, the parties state that the petitioner was committed to the Massachusetts Treatment Center on July 12, 2001, as a sexually dangerous person, for one day to life, pursuant to G.L. c. 123A, § 14(d) (Commonwealth v. Given, WOCV2000-02220). The petitioner appealed. On September 24, 2003, the Massachusetts Appeals Court issued a decision in Commonwealth v. Given No. 02-P-544, reversed the commitment order and remanded the case for a new trial.   The Supreme Judicial Court granted the Commonwealth's (the District Attorney for Worcester County) application for further appellate review. The Supreme Judicial Court heard oral argument in December, 2003. To date, the Supreme Judicial Court has not issued its opinion.

- 2 -

The parties have agreed that the August 9, 2004 G.L. c. 123A, § 9 petition for hearing and discharge should be continued until a date after the initial commitment proceedings have been resolved.

WHEREFORE, the parties request that the Court continue the trial of this G.L. c. 123A, § 9 petition to a later date, to be agreed upon by the parties.

by the Petitioner

Respectfully Submitted
by the Commonwealth

NANCY ANKERS WHITE
Special Assistant Attorney General

by:

Scott Curtis, Esq.
358 Chestnut Hill Ave.
Suite 301
Brighton, MA 02135
(617) 730-8141
BBO Number 545923

Mary H. Murray, Counsel
Department of Correction
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts 02324
Telephone: (508) 279-8183
Facsimile : (508) 279-8181
BBO Number 555215

3/10/04

Dated: March 2, 2004

2

# Commonwealth of Massachusetts
# WORCESTER SUPERIOR COURT
## Case Summary
## Civil Docket

## Given v Mass

Details for Docket: WOCV2005-00986

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2005-00986 | **Caption:** | Given v Mass |
| **Filing Date:** | 05/31/2005 | **Case Status:** | Suspended transferred to Unified Sess |
| **Status Date:** | 05/31/2005 | **Session:** | Civil C (16 Worcester) |
| **Lead Case:** | NA | **Case Type:** | Standard |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | 08/29/2005 | **Disposition:** | 12/27/2005 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | 11/27/2005 | **Rule 56:** | |
| **Answer Date:** | 10/28/2005 | **Jury Trial:** | NO |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2005-00986 | **Caption:** | Given v Mass |
| **Filing Date:** | 05/31/2005 | **Case Status:** | Suspended transferred to Unified Sess |
| **Status Date:** | 05/31/2005 | **Session:** | Civil C (16 Worcester) |
| **Lead Case:** | NA | **Case Type:** | SDP petition (123A sec 9) |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | 08/29/2005 | **Disposition:** | 12/27/2005 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | 11/27/2005 | **Rule 56:** | |
| **Answer Date:** | 10/28/2005 | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: WOCV2005-00986

| | | |
|---|---|---|
| **Party Involved:** | **Role:** | Defendant |

| **Last Name:** | Mass | **First Name:** | Comm of |
|---|---|---|---|
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Plaintiff |
|---|---|---|---|
| **Last Name:** | Given | **First Name:** | Edward |
| **Address:** | 30 Administration Rd | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

No Attorneys found for Docket: WOCV2005-00986.

There are currently no attorneys associated with this case.

## Calendar Events

No Calendar Events found for Docket: WOCV2005-00986.

There are currently no calendar events associated with this case.

## Full Docket Entries

11 Docket Entries for Docket: WOCV2005-00986

| **Entry Date:** | **Paper No:** | **Docket Entry:** |
|---|---|---|
| 05/31/2005 | 1 | SDP petition (M G L. c. 123A, Sec. 9) filed |
| 05/31/2005 | | Origin 1, Type E14, Track X. |
| 05/31/2005 | 2 | Plaintiff Edward Given's MOTION for Appointment of Counsel |
| 05/31/2005 | 3 | Plaintiff Edward Given's MOTION for interrogatories and depositions |
| 05/31/2005 | 4 | Plaintiff Edward Given's MOTION for expenses expert witnesses |
| 05/31/2005 | 5 | Plaintiff Edward Given's MOTION for Speedy Trial |
| 05/31/2005 | 6 | Plaintiff Edward Given's MOTION to compel disclosure of identity of |
| 05/31/2005 | 6 | witnesses |

| 05/31/2005 | 7 | TRANSFERRED to Unified Session Suffolk Superior Court Criminal |
| 05/31/2005 | 7 | Division. - mailed to Suffolk Superio Court (Kristen Zitano and Mass |
| 05/31/2005 | 7 | Treatment Center) |

# Commonwealth of Massachusetts
# SUFFOLK SUPERIOR COURT
# Case Summary
# Criminal Docket

## IN RE: Given, Edward

Details for Docket: SUCR2005-10405

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCR2005-10405 | **Caption:** | IN RE: Given, Edward |
| **Entry Date:** | 06/13/2005 | **Case Status:** | Criminal 8 Ctrm 914 |
| **Status Date:** | 06/13/2005 | **Session:** | Filed |
| **Lead Case:** | NA | **Deadline Status:** | |
| **Trial Deadline:** | | **Jury Trial:** | NO |

## Parties Involved

3 Parties Involved in Docket: SUCR2005-10405

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Active |
| **Last Name:** | Given | **First Name:** | Edward |
| **Address:** | Massachusetts Treatment Center | **Address:** | 30 Administration Road |
| **City:** | Bridgewater | **State:** | MA |
| **Zip Code:** | 02324 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Complainant |
| **Last Name:** | Mass | **First Name:** | Comm of |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Petitioner |
| **Last Name:** | Given | **First Name:** | Edward |
| **Address:** | Massachusetts Treatment Center | **Address:** | 30 Administration Road |
| **City:** | Bridgewater | **State:** | MA |

**Zip Code:**     02324                              **Zip Ext:**

**Telephone:**

---

## Attorneys Involved

---

1 Attorneys Involved for Docket: SUCR2005-10405

| **Attorney Involved:** | | **Firm Name:** | |
|---|---|---|---|
| **Last Name:** | Lembo | **First Name:** | Anna M |
| **Address:** | 371 Moody Street Suite 101 | **Address:** | |
| **City:** | Waltham | **State:** | MA |
| **Zip Code:** | 02453 | **Zip Ext:** | |
| **Telephone:** | 781-894-0022 | **Tel Ext:** | |
| **Fascimile:** | 781-894-0020 | **Representing:** | Given, Edward (Petitioner) |

---

## Calendar Events

---

No Calendar Events found for Docket: SUCR2005-10405.

There are currently no calendar events associated with this case.

---

## Full Docket Entries

---

20 Docket Entries for Docket: SUCR2005-10405

| **Entry Date:** | **Paper No:** | **Docket Entry:** |
|---|---|---|
| 06/13/2005 | 1 | Petition for release & discharge received from Worcester County |
| 06/13/2005 | 1 | Superior Court for hearing only per standing order of the Court |
| 06/13/2005 | 2 | Petitioner files: Motion for appointment of counsel. |
| 06/13/2005 | 3 | Petitioner files: Motion for interrogatories and depositions. |
| 06/13/2005 | 4 | Petitioner files: Motion for expenses (expert witnesses) |
| 06/13/2005 | 5 | Petitioner files: Motion for a speedy hearing. |
| 06/13/2005 | 6 | Petitioner files: Motion to compel disclosure of identity of |
| 06/13/2005 | 6 | witnesses. |
| 07/13/2005 | | Motion (P#2) allowed, Wong, Magistrate |
| 07/13/2005 | | Affidavit of indigency reviewed and on it's face indicates that the |
| 07/13/2005 | | Petitioner is indigent. (Under Seal) |

| 07/15/2005 | | Appointment of Counsel Anna M Lembo, pursuant to Rule 53 |
| 12/08/2005 | 7 | Petitioner files Motion for Funds, with affidavit and supporting |
| 12/08/2005 | 7 | documents |
| 12/08/2005 | | Motion (P#7) endorsed "upon review, motion is allowed on the |
| 12/08/2005 | | following conditions: no further funds to be allowed without (1) a |
| 12/08/2005 | | showing of extraordinary need accompanied by an affidavit detailing |
| 12/08/2005 | | the time spent up to then and the results achieved; and (2) a budget |
| 12/08/2005 | | setting forth the work to be undertaken and the time necessary for |
| 12/08/2005 | | each task." (Zobel, Justice). Copies mailed December 14, 2005 |

## Charges

No Charges found for Docket: SUCR2005-10405.

There are currently no charges associated with this case.

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.