UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EDWARD A. GIVEN | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 05-11663-NMG |
| | ) | |
| ROBERT MURPHY, | ) | |
| Respondent | ) | |

## PETITIONER'S SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION TO DISMISS

Petitioner Edward Given, by undersigned counsel, respectfully asks leave to file

the attached Docket from his 2004 G.L. c. 123A § 9 proceeding as a supplemental

authority in support of his Response to Commonwealth's Reply Memorandum Regarding

Motion to Dismiss. Given particularly asks the Court to review the final entry on p. 3 of

the Docket, dated November 19, 2004, stating, in pertinent part:

> JUDGMENT: It is ORDERED and ADJUDGED that Edward Givens [sic]
> *remains* classified as a sexually dangerous person.

(Emphasis added).

Respectfully submitted,

DAVID HIRSCH
BBO #600915
COMMITTEE FOR PUBLIC
COUNSEL SERVICES
44 Bromfield St.
Boston, Massachusetts 02108
(617) 482-6212

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a true copy was mailed, postage paid, to the attorney for respondent:

Scott A. Katz
Assistant Attorney General
Criminal Bureau
One Ashburton Pl.
Boston MA 02108

this 1st day of March, 2006.

David Hirsch

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
Case Summary
Civil Docket

# WOCV2001-02369
## Given v Mass

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 11/16/2001 | **Status** | Dismissed (dism) | | |
| **Status Date** | 11/19/2004 | **Session** | B - Civil B (18 Worcester) | | |
| **Origin** | 1 | **Case Type** | E14 - SDP petition (123A sec 9) | | |
| **Lead Case** | | **Track** | X | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 02/14/2002 | **Answer** | 04/15/2002 | **Rule** | 12/19/20 |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | 05/15/2002 | **Disposition** | 06/14/2002 | **Jury Trial** | Yes |

**Plaintiff**
Edward Given
30 Administration Road
Bridgewater, MA 02324
Active 11/30/2001

**Private Counsel 545923**
Scott P Curtis
358 Chestnut Hill Avenue
Suite 301
Brighton, MA 02135
Phone: 617-730-8141
Fax: 617-730-8132
Active 12/28/2001 Notify

**Defendant**
Comm of Mass
Service pending 11/16/2001

**Private Counsel 555215**
Mary P Murray
Mass Corrections Dept
30 Administration Road
Legal Department
Bridgewater, MA 02324
Phone: 508-279-8180
Fax: 508-279-8181
Active 11/17/2004 Notify

| Date | Paper | Text |
|---|---|---|
| 11/16/2001 | 1.0 | Affidavit of indigency and Request for Waiver, substitution or state payment of fees & costs, filing fee, service fees, TRO fee, if any, (IMPOUNDED) |
| 11/16/2001 | | Origin 1, Type E14, Track X. |
| 11/16/2001 | 2.0 | SDP petition (123A) filed with civil action cover sheet |
| 11/16/2001 | 3.0 | Plf's MOTION for interrogatories and depositions, memo of law in support of motion |
| 11/16/2001 | 4.0 | Plf's MOTION for expenses |
| 11/16/2001 | 5.0 | Plf's MOTION for speedy hearing |
| 11/16/2001 | 6.0 | Plf's MOTION for appointment of counsel |
| 11/16/2001 | 7.0 | Plf's Motion to compel disclosure of identity of witnesses |
| 11/30/2001 | | TRANSFERRED to Unified Session Suffolk Superior Court Criminal. Mailed copy of all pleadings and docket sheet to Paul O'Connor and Maureen Buckley (Mass Treatment Center) |
| 02/07/2002 | 8.0 | Affidavit of plaintiff re; service of tracking order. |
| 10/22/2003 | 9.0 | Jury demand on all issues filed by Comm of Mass |
| 02/06/2004 | 10.0 | Defendant Comm of Mass's Motion for Reciprocal Discovery |
| 03/02/2004 | 11.0 | Joint Motion to Continue Trial |

case01 104022 y y y y y y

WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

## WOCV2001-02369
### Given v Mass

| Date | Paper | Text |
|------|-------|------|
| 03/04/2004 | 12.0 | RECIPROCAL DISCOVERY ORDER - (see order) (Laurat, J) Copies mailed 11/17/04 |
| 03/04/2004 | | MOTION (P#10) ALLOWED by Agreement (Lauriat, J) Notices mailed 11/17/04 |
| 03/04/2004 | | MOTION (P#10.1) ALLOWED not to exceed $2,500.00 per examiner (Lauriat, J) Notices mailed 11/18/04 |
| 03/11/2004 | | MOTION (P#11) ALLOWED (Fishman, J) Notices mailed 11/17/04 |
| 07/06/2004 | 13.0 | Petitioner's Request for Jury Trial filed in Court |
| 09/21/2004 | 14.0 | Edward Givins Motion for Funds to retain Two Psychiatrists/Psychologists to Examine Petitioner Regarding Sexual Dangerousness |
| 10/19/2004 | 15.0 | Commonwealth's Proposed Witness List |
| 10/28/2004 | 16.0 | Affidavit Pursuant to GLc. 233 sec 79G |
| 11/02/2004 | 17.0 | Commonwealth's Proposed Statement of the Case |
| 11/02/2004 | | Atty Scott P Curtis's notice of appearance for Edward Given |
| 11/02/2004 | 22.0 | Defendant Comm of Mass's MOTION for Voir Dire |
| 11/02/2004 | 23.0 | Commonwealth's Motion in Limine to Exclude from Evidence References to Published Material and Recidivism Statistics |
| 11/02/2004 | 24.0 | Commonwealth's Motion in Limine to Exclude Certain Evidence Concerning the Adequacy of the Petitioner's Treatment and/or Conditions of His Confinement |
| 11/02/2004 | 25.0 | Commonwealth's Motion in Limine to Exclude Jury Instruction on Presumption of Not Being Sexually Dangerous |
| 11/08/2004 | 18.0 | Commonwealth's Amended Proposed Witness List |
| 11/08/2004 | 19.0 | Petitioner's Witness List |
| 11/08/2004 | 20.0 | Commonwealth's Motion in Limine to Exclude Jury Instruction on presumption of Not Being Sexually Dangerous |
| 11/08/2004 | 21.0 | Commonwealth's Proposed Statement of the Case |
| 11/08/2004 | 26.0 | Commonwealth's Motion in Limine Regarding Report and Testimony of Eric Brown Psy.D. Petitioner's Expert filed in Court |
| 11/08/2004 | 27.0 | Petitioner's Request for Individual Voir Dire |
| 11/08/2004 | | MOTION (P#22) After hearing ALLOWED (Donovan, J) Notices mailed 11/18/04 |
| 11/08/2004 | | MOTION (P#23) After hearing ALLOWED (Donovan, J) Notices mailed 11/18/04 |
| 11/08/2004 | | MOTION (P#24) After hearing ALLOWED (Donovan, J) Notices mailed 11/18/04 |
| 11/08/2004 | | MOTION (P#25) After hearing ALLOWED (Donovan, J) Notices mailed 11/18/04 |
| 11/08/2004 | | MOTION (P#27) After hearing ALLOWED (Donovan, J) Notices mailed 11/18/04 |
| 11/08/2004 | | MOTION (P#28) After hearing DENIED (Donovan, J) Notices mailed 11/18/04 |
| 11/08/2004 | | MOTION (P#29) After hearing DENIED (Donovan, J) Notices mailed 11/18/04 |
| 11/09/2004 | 28.0 | Plaintiff Edward Given's Motion for a Directed Verdict Pursuant to |

case01 104022 y y y y y y

MAS-20041213
walsh_r

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
**Case Summary**
**Civil Docket**

05/16/200?
01:59 PM

## WOCV2001-02369
## Given v Mass

| Date | Paper | Text |
|------|-------|------|
| | 28.0 | Rule 50(a) |
| 11/10/2004 | 29.0 | Plaintiff Edward Given's Motion for a Directed Verdict Pursuant to Rule 50(a) |
| 11/12/2004 | 30.0 | Edward Givens Requested Jury Instructions |
| 11/12/2004 | 31.0 | Commonwealth's Proposed Jury Instructions filed in Court |
| 11/12/2004 | | Exhibits 1-20 filed |
| 11/12/2004 | 32.0 | Verdict of jury for defendant, Comm of Mass |
| 11/12/2004 | 33.0 | Clerk's Minutes of C. 123A s.9 Hearing |
| 11/19/2004 | 34.0 | JUDGMENT: It is ORDERED and ADJUDGED that Edward Givens remains classified as a sexually dangerous person. (Donovan, J) Entered and Copies mailed 11/19/04 |

case01 104022 y y y y y y