UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD A. GIVEN,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT MURPHY,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-11663-NMG<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the materials listed below have been filed manually[1] and under seal,[2] and are available in paper form only:

1. Respondent Robert Murphy's Supplemental Answer, which includes as exhibits:

    a. Defendant's Brief and Appendix, *Commonwealth v. Edward Given*, Massachusetts Appeals Court, Appeal No. 2002-P-0544, August 2002 (Exhibit A);

    b. Supplemental Brief by Defendant, *Commonwealth v. Edward Given*, Massachusetts Appeals Court, Appeal No. 2002-P-0544 (Exhibit B);

    c. Brief and Appendix for the Commonwealth, *Commonwealth v. Edward Given*, Massachusetts Appeals Court, Appeal No. 2002-P-0544, December 2002 (Exhibit C);

    d. *Commonwealth v. Given*, 59 Mass. App. Ct. 390, 796 N.E.2d 845 (2003) (Exhibit D);

    e. Docket Sheets, *Commonwealth v. Edward Given*, Massachusetts Supreme Judicial Court No. FAR-13701 (Exhibit E);

---

[1]    *See* Local Rule 5.4(g)(1)(e).

[2]    *See* Court's Electronic Order, dated November 7, 2006.

      f.      Commonwealth's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. Edward Given*, Massachusetts Supreme Judicial Court No. FAR-13701, October 2003 (Exhibit F);

      g.      *Commonwealth v. Given*, 440 Mass. 1106, 799 N.E.2d 593 (2003) (table) (Exhibit G);

      h.      Docket Sheets, *Commonwealth v. Edward Given*, Massachusetts Supreme Judicial Court Docket No. SJC-09160 (Exhibit H);

      i.      Supplemental Brief for the Commonwealth, *Commonwealth v. Edward Given*, Massachusetts Supreme Judicial Court Docket No. SJC-09160, December 2003 (Exhibit I);

      j.      Supplemental Brief for Mr. Given, *Commonwealth v. Edward Given*, Massachusetts Supreme Judicial Court Docket No. SJC-09160, January 2004 (Exhibit J);

      k.      Supplemental Record Appendix, *Commonwealth v. Edward Given*, Massachusetts Supreme Judicial Court Docket No. SJC-09160, January 2004 (Exhibit K); and

      l.      *Commonwealth v. Given*, 441 Mass. 741, 808 N.E.2d 788 (2004) (Exhibit L).

2.      State-Court Trial Transcripts, which includes the following transcript volumes from the petitioner's state-court civil commitment hearing:

      a.      *Commonwealth v. Edward Given*, Worcester Superior Court Civil Docket No. WOCV2000-02220, July 10, 2001 (Volume I of III) (Tab 1);

      b.      *Commonwealth v. Edward Given*, Worcester Superior Court Civil Docket No. WOCV2000-02220, July 11, 2001 (Volume II of III) (Tab 2); and

      c.      *Commonwealth v. Edward Given*, Worcester Superior Court Civil Docket No. WOCV2000-02220, July 12, 2001 (Volume III of III) (Tab 3).

          Respectfully submitted,

          ROBERT MURPHY,

          By his attorney,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          /s/ Scott A. Katz
          Scott A. Katz (BBO # 655681)
          Assistant Attorney General
          Criminal Bureau
          One Ashburton Place
          Boston, Massachusetts  02108
          (617) 727-2200, ext. 2833

Dated:  November 15, 2006

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that a true copy of the above document was also served upon David B. Hirsch, counsel for petitioner Edward A. Given in this matter, by first-class mail, postage prepaid, on November 15, 2006.

          /s/ Scott A. Katz
          Scott A. Katz