UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD A. GIVEN<br>    Petitioner,<br><br>v.<br><br>ROBERT MURPHY,<br>    Respondent | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-11663-NMG<br>)<br>)<br>)<br>) |

PETITIONER'S MOTION TO ENLARGE TIME FOR FILING
MEMORANDUM OF LAW

Petitioner Edward A. Given, by undersigned counsel, respectfully moves this Court pursuant to Fed.R.Civ.P. 6(b) for enlargement of time for the filing of his Memorandum of Law in support of his petition for *habeas corpus* from the present due date of February 13, 2007 until May 13, 2007.  As grounds for this motion, petition refers the Court to the attached affidavit of counsel.

Respectfully submitted,

_____
DAVID HIRSCH
BBO #600915
COMMITTEE FOR PUBLIC
COUNSEL SERVICES
44 Bromfield St.
Boston, Massachusetts 02108
(617) 482-6212


AFFIDAVIT OF DAVID HIRSCH

1.    I am counsel for petitioner Edward A. Given in the above-captioned case.

1

2.      I will be leaving my job with the Committee for Public Counsel Services as of December 22, 2006 in order to accept new employment with the New Hampshire Public Defender. I will thus be unable to continue representing Mr. Given, and will be unable to file a memorandum of law on his behalf.

3.      Attorney Michael Nam-Krane, a member of the bar of this Court, has agreed to replace me as Mr. Given's attorney in this case. He has advised me, however, that due to his existing caseload, he will not be able to write his memorandum on Mr. Given's behalf by the current due date of February 13, 2007. He has asked that the due date be extended until May, 2007.

9.      I will enter a motion to withdraw my appearance within the next day.

I hereby certify under penalties of perjury under the laws of the United States and the Commonwealth of Massachusetts that the foregoing is true and correct to the best of my knowledge and belief.

David Hirsch, BBO #600915

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a true copy was mailed, postage paid, to the attorney for respondent:

Scott A. Katz
Assistant Attorney General
Criminal Bureau
One Ashburton Pl.
Boston MA 02108

this 21st day of December, 2006.

David Hirsch