UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD A. GIVEN )<br>    Petitioner, )<br>)<br>v. )<br>ROBERT MURPHY, )<br>    Respondent ) | CIVIL ACTION<br>NO. 05-11663-NMG |

### APPEARANCE OF COUNSEL

I, Michael A. Nam-Krane, as the Committee for Public Counsel Services appointed counsel, do hereby enter my appearance for the above named petitioner in the above court action.

/s/_____
Michael A. Nam-Krane
BBO# 636003
306 Dartmouth Street, Suite 307
Boston, MA 02116
617-716-0307

Dated: December 27, 2006